IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHAEL J. WELSH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. |
| | ) |
| PACIFIC PREMIERE TRUST, a Division of PACIFIC PREMIERE BANK, f/k/a PENSCO TRUST COMPANY, a wholly owned subsidiary of OPUS BANK, | ) ) ) ) ) |
| | ) |
| Defendant. | ) |

**NOTICE OF REMOVAL OF ACTION**
**TO UNITED STATES DISTRICT COURT**

Comes now Defendant, Pacific Premier Trust, a Division of Pacific Premier Bank, f/k/a PENSCO Trust Company, a wholly owned subsidiary of Opus Bank, and for its Notice of Removal of Action states:

1. On June 29, 2021, Plaintiff, Michael J. Welsh, filed his Complaint for Damages in the Hamilton County, Indiana, Superior Court No. 2 under cause number 29D02-2206-CT-004791. Plaintiff alleges therein that Defendant breached a contract, breached a fiduciary duty, and made material misrepresentations relating to property held in an Individual Retirement Account.

2. At both the time of the alleged events that are the subject of Plaintiff's Complaint for Damages and at the time of filing of this petition, Defendant was and is a California corporation, with its principal place of business in California.

3. At both the time of the alleged events that are the subject of Plaintiff's Complaint for Damages and at the time of filing this petition, Plaintiff was and is an Indiana citizen and resident.

4. This district court has original jurisdiction of this action because the matter in controversy exceeds the value of $75,000.00 and is between citizens of different states pursuant to 28 U.S.C. §1332(a). This action is removeable from state court to this district court pursuant to 28 U.S.C. §1441, et. seq.

5. Defendant certifies that to the best of its knowledge, information and belief, the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00) exclusive of interest and costs. To that end, the Complaint for Damages, at paragraph 48, alleges Plaintiff claims to have been damaged in the amount of no less than $3,000,000.

6. Defendant was served with Plaintiff's Complaint on or about July 6, 2022.

7. This Notice of Removal is being filed with this Court within thirty (30) days after Plaintiff's Complaint was first served on Defendant.

8. Copies of all pleadings filed in the state court action that are in the possession of Defendant are attached as Exhibit A.

9. Contemporaneously herewith, written notice is being provided to Plaintiff and to the Clerk of the Hamilton Circuit Court that this Notice of Removal is being filed in this Court.

WHEREFORE, Defendant, Pacific Premier Trust, a Division of Pacific Premier Bank, f/k/a PENSCO Trust Company, a wholly owned subsidiary of Opus Bank, prays that the entire state court action under cause number 29D02-2206-CT-004791 now pending in the Hamilton Superior Court 2 of Indiana be removed to this Court for all further proceedings.

Dated this 3rd day of August, 2022.

                                          Respectfully Submitted,

                                          NORRIS CHOPLIN SCHROEDER LLP

                                          */s/ Cynthia E. Lasher*
                                          Cynthia E. Lasher (#24137-49)
                                          Matthew W. Melton (#22470-49)
                                          Attorneys for Defendant, Pacific Premier Trust, a Division of Pacific Premier Bank, f/k/a PENSCO Trust Company, a wholly owned subsidiary of Opus Bank

NORRIS CHOPLIN SCHROEDER LLP
101 West Ohio Street, Ninth Floor
Indianapolis, IN  46204-4213
317-269-9330; Fax:  317-269-9338
mmelton@ncs-law.com; clasher@ncs-law.com

## CERTIFICATE OF SERVICE

     I hereby certify that on August 3, 2022, the foregoing has been filed through the Court's ECF system and notice has been electronically served on all counsel of record.  Parties may access this filing through the Court's system.

                                          */s/ Cynthia E. Lasher*
                                          Cynthia E. Lasher