UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHAEL J. WELSH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:22-cv-01542-MG-TWP ) |
| PACIFIC PREMIERE TRUST, A DIVISION OF PACIFIC PREMIERE BANK, F/K/A PENSCO TRUST COMPANY, A WHOLLY OWNED SUBSIDIARY OF OPUS BANK, | ) ) ) ) ) |
| Defendant. | ) |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58**

The Court having this day made its Entry directing the entry of final judgment, now enters **FINAL JUDGMENT** and this action is dismissed without prejudice.

Date: 9/30/2022

_Mario Garcia_
Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

**Distribution via ECF only to all counsel of record.**